AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

FILED
IN CLERK'S OFFICE

District of _____ Massachusetts

2007 MAR -2 P 1:43

UNITED STATES OF AMERICA

V.

JOHN LINGAITIS

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
DISTRICT OF MASS.

Case Number:  05CR10171-NG

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOHN LINGAITIS _____

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  x Violation          ☐ Probation Violation Petition

charging him or her    (brief description of offense)

Violation of Conditions of Supervision

in violation of _____ United States Code, Section(s) _____

Maryellen Moll
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

1/11/07
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

WARRANT EXECUTED BY
DEFENDANT ON ____ 3 | | 07

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |