✏AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF          Massachusetts

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| John Lingaitis<br>68 Dane Street #6<br>Beverly, MA  01915 | Case Number:   05CR10171-NG |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>USDC BOSTON | Room<br>Ctrm #2, 3rd Floor |
|---|---|
|  | Date and Time<br>7/9/07 3:00PM |
| Before:     Honorable Nancy Gertner | |

To answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     X  Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Petition to the Court for details.

_____
Signature of Issuing Officer

6/15/07
Date

/s/Maryellen Molloy Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Date<br>Service was made by me |
| Check one box below to indicate appropriate method of service |
| ☐ Served personally upon the defendant at: _____<br><br>☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____<br><br>☐ Returned unexecuted: _____ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _____              _____
          Date                          Name of United States Marshal

                                        _____
                                        (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.