UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>JOHN LINGAITIS )  | CRIMINAL NO. 05-10171-NG |

### MOTION TO WITHDRAW

Undersigned counsel moves to withdraw from the above-captioned case. As grounds for this motion, undersigned counsel states that he was appointed to this matter at the time of defendant's initial appearance on March 1, 2007, but only for the limited purpose of standing in for Mr. Lingaitis' attorney, who was then unavailable. On the following day, Mr. Lingaitis' attorney, John Mears, appeared and represented defendant in connection with all further proceedings. Since undersigned counsel was only appointed for a limited purpose and did not represent Mr. Lingaitis at any point after March 1, 2007, but still receives notices of court appearances, he asks that he be formally excused from the case, effective March 2, 2007, the date of Mr. Mears appearance.

/s/ Charles P. McGinty

Charles P. McGinty
  B.B.O. #333480
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 25, 2007.

                                        /s/ Charles P. McGinty

                                        Charles P. McGinty