UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States
   Plaintiff

V.

John Lingaitis
   Defendant

CR 05-10171-NG

ORDER MODIFYING CONDITIONS OF RELEASE

Gertner, D.J.                                                October 12, 2007

     The defendant stipulates to the violations outlined in the Violation Petition and Report dated 9/24/07.  The Court hereby finds that the defendant has violated his conditions and orders the conditions of supervised release be modified by extending the defendant's current placement at Coolidge House by two (2) additional months.   As such, the defendant shall serve a total of seven (7) months at Coolidge House and shall abide by the rules and regulations of that program**.**

So Ordered.

                                                                   /s/ Nancy Gertner

                                                                   U.S.D.J.