Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** John Lingaitis          **Case Number:** 05 CR 10171

**Name of Sentencing Judicial Officer:** Honorable John Woodcock (D/ME); jurisdiction transferred to D/MA on 7/7/05 and assigned to Honorable Nancy Gertner, U.S. District Judge

**Date of Original Sentence:** 10/12/04
**Date of 1st Revocation Hearing:** 3/5/07
**Date of 2nd Revocation Hearing:** 10/12/07

**Original Offense:** Theft of Firearms, Possession of Firearm by Prohibited Person, Possession of Stolen Firearm and Possession of Firearm with an Obliterated Serial Number, in violation of 18 U.S.C. § 922(u)(2), 922(g)(8), 922(j) and 922(k), respectively.

**Original Sentence:** 16 months' custody of the Bureau of Prisons followed by 36 months' supervised release
**1st Revocation Sentence:** Time served, 24 months supervised release.
**2nd Revocation Sentence:** Same term of supervised release, extend time at community corrections placement from 5 to 7 months.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 3/4/08

---

## PETITIONING THE COURT

[X]  To extend the term of supervision an additional six (6) months to expire on 9/4/09.

### CAUSE

On 4/2/08, a final revocation hearing was held before the Court. In attendance at the hearing was Mr. Lingaitis, his attorney, James Mears, Assistant U.S. Attorney Antoinette E.M. Leoney and U.S. Probation Officer Paul C. Prevey. Having previously stipulated to the violations alleged against him, the Court found Mr. Lingaitis in violation and ordered his term of supervised release extended from 3/4/09 to 9/4/09.

Attached the Court will find a probation form 49 signed by Mr. Lingaitis agreeing to the extension of his supervised release term.

Reviewed/Approved by:                    Respectfully submitted,

_____        By  _____
John G. Marshall                          Paul C. Prevey
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          Date: 4/9/08

John Lingaitis  -2-  **Request for Modifying the**
Prob 12B  **Conditions or Terms of Supervision**
  **with Consent of the Offender**

**THE COURT ORDERS**
[ ] No Action
[X] The Extension of Supervision as Noted Above
[ ] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

4/15/08
_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The term of supervised release is extended for an additional six (6) months with an expiration date of 9/4/09.**

Witness: *Paul C. Pierce* — U.S. Probation Officer

Signed: *John Lingaitis* — Probationer or Supervised Releasee

4-8-08
DATE