

# MEMORANDUM

**To:** Honorable Nancy Gertner
United States District Judge

**From:** Paul C. Prevey
U.S. Probation Officer

**Re:** LINGAITIS, John/ Docket No: 05 CR 10171

**Date:** July 14, 2008

This memorandum serves as notification of a restitution payment schedule set upon by the Probation Officer in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the offender's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

At the present time, the agreement is as follows:

The above supervised releasee agreed to pay his court-ordered restitution of $11645.00 in monthly installments of $185.00 beginning July, 2008, and each month thereafter.

If Your Honor concurs with this payment schedule, please advise by signing below

Reviewed and Approved by:

John G. Marshall
Supervising U.S. Probation Officer

Payment Schedule is Approved:

Nancy Gertner
United States District Judge
Date: 7/23/08